TIMOTHY L. JOENS AND ASSOCIATES
A Professional Corporation
Timothy L. Joens, Esq. - State Bar #090532
2201 Dupont Drive, Suite 820
Irvine, California 92612
Tel: (949) 851-0866 g Fax: (949) 851-1250

Attorneys for Plaintiff David Shabaz and the Class

James M. Lindsay, State Bar No. 164758
Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

Attorneys for Plaintiff Brian Korn and the Class

[Additional Counsel listed on Next Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID SHABAZ, individually; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware corporation dba DELAWARE POLO RALPH LAUREN CORPORATION; and DOES 1 through 500 inclusive,<br><br>Defendants. | CASE NO. SA CV 07-1349 AG (ANx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**<br><br>Date:   July 20, 2009<br>Time:   10:00a.m.<br>Dept.:   10-D<br><br>Complaint Filed:   October 11, 2007<br>Trial Date:   None |

DEL TONDO & THOMAS
Attorneys at Law
Bryan M. Thomas, Esq. - State Bar #143737
2201 Dupont Drive, Suite 820
Irvine, CA 92612
Tel: (949) 851-0558 g Fax: (949) 266-9621

KIRK & TOBERTY, LLP
Attorneys at Law
J. Douglas Kirk, Esq. - State Bar #125808
2201 Dupont Drive, Suite 820
Irvine, California 92612
Tel: (949) 851-0355 g Fax: (949) 851-1250

Attorneys for Plaintiff DAVID SHABAZ

James R. Patterson, State Bar No. 211102
Harry W. Harrison, State Bar No. 211141
HARRISON PATTERSON O'CONNOR  & KINKEAD, LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991

Attorneys for Plaintiff Brian Korn and the Class

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on July 20, 2009, at 10:00a.m., or as soon thereafter as counsel may be heard in Department 10-D of the above entitled Court located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs, DAVID SHABAZ and BRIAN KORN, will and hereby do move the Court for an Order Preliminarily Approving the Class Action Settlement in this matter, including each of the following:

1) That the Court also schedule a hearing on final approval of the settlement;

2) That the Court set cut-off dates for the submission of claims, for class members to opt-out, and for class members to object;

3) That the Court set a hearing for final settlement approval so that the date can be disclosed in the class notice;

4) That the Court approve the forms of notice set forth in the proposed settlement and that such notice be required to be commenced within 60 days

---

MPA IN SUPPORT OF                            1                            SA CV 07-1349 AG (ANx)
PRELIMINARY APPROVAL

1   of the hearing on this matter;

2       5)  That the Court provisionally certify a class for settlement purposes;

3       6)  That Plaintiffs provisionally be appointed as class representatives; and,

4       7)  That the Court provisionally appoint moving parties' counsel as class

5   counsel for settlement purposes.

6       This motion is based on this notice and motion, the accompanying

7   memorandum of points and authorities, the supporting exhibits submitted herewith,

8   the records and files in this action, and upon such further and additional papers and

9   argument as may be presented hereon.

10  Dated:  June 6, 2009            TIMOTHY L. JOENS & ASSOCIATES,
                                         A Professional Corporation

11

12                                     LINDSAY & STONEBARGER, APC

13

14                                     By:___ /s/ Timothy L. Joens_____
                                          Timothy L. Joens, Esq.

15                                            Attorneys for Plaintiffs and the Class

16

17

18

19

20

21

22

23

24

25

26

27

28