UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1349 AG (ANx) | Date | July 17, 2009 |
|---|---|---|---|
| Title | DAVID SHABAZ v. POLO RALPH LAUREN CORPORATION, ET. AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **[IN CHAMBERS] ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT AND VACATING HEARING SCHEDULED FOR JULY 20, 2009**

Plaintiff David Shabaz has filed a Motion for Preliminary Approval of Proposed Class Settlement ("Motion'). The Court finds this matter appropriate for decision without oral argument, and the hearing on the Motion currently scheduled for July 20, 2009, is VACATED. *See* Fed. R. Civ. P. 78.

The Court finds the proposed settlement agreement satisfactory and grants preliminary approval except as follows: The Court finds that the proposed Notice of Settlement (Exhibit 2) ("Notice") does not adequately and clearly state the benefit that Class Members will receive. The parties are instructed to revise the Notice to clearly state, on the first page or in an opening introduction, that Members are receiving the Notice because they are receiving, or eligible for, the $20 credit certificate, and that this credit certificate is enclosed with the Notice on a specific page.

The Court also orders that the parties provide proposed dates for the Fairness Hearing for final approval, and for a cutoff date for filing of all papers in support of final approval of the Settlement Agreement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1349 AG (ANx) | Date | July 17, 2009 |
|---|---|---|---|
| Title | DAVID SHABAZ v. POLO RALPH LAUREN CORPORATION, ET. AL | | |

: 0

Initials of Preparer    lmb