| | |
|---|---|
| 1 | TIMOTHY L. JOENS AND ASSOCIATES |
| | A Professional Corporation |
| 2 | Timothy L. Joens, Esq. - State Bar #090532 |
| | 2201 Dupont Drive, Suite 820 |
| 3 | Irvine, California 92612 |
| | Tel: (949) 851-0866 g Fax: (949) 851-1250 |
| 4 | |
| | Attorneys for Plaintiff David Shabaz and the Class |
| 5 | |
| | James M. Lindsay, State Bar No. 164758 |
| 6 | Gene J. Stonebarger, State Bar No. 209461 |
| | LINDSAY & STONEBARGER |
| 7 | A Professional Corporation |
| | 620 Coolidge Drive, Suite 225 |
| 8 | Folsom, CA 95630 |
| | Telephone: (916) 294-0002 |
| 9 | Facsimile: (916) 294-0012 |
| 10 | Attorneys for Plaintiff Brian Korn and the Class |
| 11 | [Additional Counsel listed on Next Page] |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| 15 | | |
| 16 | DAVID SHABAZ, individually; on behalf of himself and all others similarly situated, | CASE NO. SA CV 07-1349 AG (ANx) |
| 17 | | **CLASS ACTION** |
| | Plaintiffs, | |
| 18 | | **NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF INCENTIVE PAYMENTS, AND REQUEST FOR ATTORNEY'S FEES & COSTS** |
| 19 | vs. | |
| 20 | POLO RALPH LAUREN CORPORATION, a Delaware corporation dba DELAWARE POLO RALPH LAUREN CORPORATION; and DOES 1 through 500 inclusive, | |
| 21 | | |
| 22 | | Date:     December 7, 2009 |
| | Defendants. | Time:     10:00a.m. |
| 23 | | Dept.:    10-D |
| 24 | | Complaint Filed:  October 11, 2007 |
| | | Trial Date:         None |
| 25 | | |
| 26 | DEL TONDO & THOMAS | |
| | Attorneys at Law | |
| 27 | Bryan M. Thomas, Esq. - State Bar #143737 | |
| | 2201 Dupont Drive, Suite 820 | |
| 28 | Irvine, CA 92612 | |
| | Tel: (949) 851-0558 g Fax: (949) 266-9621 | |

MPA IN SUPPORT OF PRELIMINARY APPROVAL     1     SA CV 07-1349 AG (ANx)

1  KIRK & TOBERTY, LLP
2  Attorneys at Law
   J. Douglas Kirk, Esq. - State Bar #125808
3  2201 Dupont Drive, Suite 820
   Irvine, California 92612
4  Tel: (949) 851-0355 g Fax: (949) 851-1250

5  Attorneys for Plaintiff DAVID SHABAZ

6

7  James R. Patterson, State Bar No. 211102
   Harry W. Harrison, State Bar No. 211141
   HARRISON PATTERSON O'CONNOR & KINKEAD, LLP
8  402 West Broadway, 29th Floor
   San Diego, CA 92101
9  Telephone: (619) 756-6990
   Facsimile: (619) 756-6991
10
   Attorneys for Plaintiff Brian Korn and the Class
11

12      **TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**
13  **HEREIN:**

14      **PLEASE TAKE NOTICE** that on December 7, 2009, at 10:00a.m., or as soon

15  thereafter as counsel may be heard in Department 10-D of the above entitled Court

16  located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs, DAVID

17  SHABAZ and BRIAN KORN, will and hereby do move the Court for an Order

18  Finally Approving the Class Action Settlement in this matter, including each of the

19  following:

20      1) That the Court grant final approval of the settlement;

21      2) That the Court award the sum of $7,500.00 each to Plaintiffs, DAVID

22      SHABAZ and BRIAN KORN, as incentive payments in recognition of their

23      services as class representatives in these matters;

24      3) That the Court make an award of $475,000.00 in fees and costs to the

25      attorneys for both Plaintiffs in these matters (for a total award of

26      $950,000.00);

27      4) That the Court approve the forms and methods of notice that have been

28

1  given pursuant to this court's order granting preliminary approval of this
2  settlement;
3  5) That the Court certify the settlement class;
4  6) That the Court confirm the appointment of Plaintiffs as class
5  representatives;
6  7) That the Court confirm the appointment of Plaintiffs' attorneys as counsel
7  for the Class; and,
8  8) That the Court enter final judgment in this matter.
9  This motion is based on this notice and motion, the accompanying
10 memorandum of points and authorities, the supporting exhibits submitted herewith,
11 the records and files in this action, and upon such further and additional papers and
12 argument as may be presented hereon.

13 Dated: November 16, 2009

TIMOTHY L. JOENS & ASSOCIATES,
A Professional Corporation

LINDSAY & STONEBARGER, APC

By: /s/ Timothy L. Joens
Timothy L. Joens, Esq.
Attorneys for Plaintiffs and the Class