# EXHIBIT 20

# ClassActionResolution.com

Class Action Settlements

**Home**

**What is the case about?**

**Proposed settlement.**

**How do I get a recovery?**

**Case Documents**

**How to Make an Inquiry**

## *Welcome to the Shabaz vs. Polo & Korn vs. Polo Plaintiffs' website.*

### Overview

This site is intended to provide answers to questions you may have about the proposed settlement of two lawsuits currently pending in the United States District Court for the Central District of California. Those lawsuits are known as *Shabaz vs. Polo Ralph Lauren Corporation, et al.* (case number SA CV 07-1349 AG (ANx)), and *Korn vs. Polo Ralph Lauren Corporation, et al.* (case number 09 4926 VFB (SSx)). The general thrust of both matters is plaintiffs' claim that Polo Ralph Lauren Corporation ("Polo") violated the provisions of California *Civil Code* section 1747.08 in requesting and/or requiring its customers provide it with their personal identifying information (such as their telephone numbers and/or addresses) when they purchased merchandise in Polo's California stores. Although Polo denies any wrongdoing, the parties have been able to reach a settlement of the matter and the court has granted preliminary approval of the terms of that settlement.



Click here for a copy of the formal Notice of Settlement

### What are the terms of the settlement?

Generally, anyone who is a member of the settlement class is entitled to a $20.00 credit certificate from Polo. While it is anticipated that most class members will receive a credit certificate in the mail without having to do anything, those for whom Polo does not have a valid physical address *must complete a claim form and submit it to the claims administrator by Novwember 16, 2009.* Should a class member for whom Polo does not have a valid physical address not complete such a form, however, he or she will not be able to get a credit certificate. In addition, should you elect not to participate in the settlement, you can "opt out" of the settlement by submitting a request for exclusion to the claims administrator as provided in the settlement

agreement and court order preliminarily approving the settlement terms. Finally, should you want to object to the settlement, you may do so by filing your objections with the court not later than Novmeber 6, 2009, and providing both defense counsel and the attorneys for the class with a copy of your objections.

## Additional Information

For additional information, please use the following links:

<u>Who is entitled to take part in the settlement?</u>

<u>How do I get a claim form?</u>

<u>How do I ask an attorney a question?</u>

<u>Can I see the settlement agreement?</u>

<u>Can I see the court's order granting preliminary approval of the settlement?</u>

<u>Can I see the court documents?</u>

The contents of this website are provided by the lawfirms of Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, which have cooperated in representing the plaintiff in this action and which have been appointed as class counsel for purposes of the proposed settlement. Inasmuch as the internet is a public forum, the subject lawfirms do not provide legal advice over the internet. The transmission of email, the forms provided on this site, and/or the review of the information contained on this site does not create an attorney-client relationship and you should not send information which you intend to be confidential by such means. Internet transmissions may not be secure and there is always a risk that such communications may be intercepted by and/or delivered to someone other than those for whom they are intended. Therefore, do not send any information over the Internet which you intend to remain confidential as such a communication may not be privileged.

The Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, and the attorneys employed by them are licensed to practice law only in the state of California. They cannot, and do not, give legal advice, or practice law, in any other state or jurisdiction. The information contained on this site is not intended to be, and should not be regarded as, legal advice. Should you require legal advice, you are urged to consult with a licensed attorney. All situations are different and require individual review, investigation, and analysis by competent legal counsel.

Copyright 2009 by the Law Office of Timothy L. Joens, A Professional Corporation.

All rights reserved.

# ClassActionResolution.com

Class Action Settlements

- Home
- What is the case about?
- Proposed settlement.
- How do I get a recovery?
- Case Documents
- How to Make an Inquiry

## What is the lawsuit about?

The plaintiffs in *Shabaz vs. Polo, etc., et al.,* and in *Korn vs. Polo, etc., et al.,* are seeking to stop Polo Ralph Lauren Corporation from continuing to collect personal identifying information about consumers in the course of their purchase of merchandise from Polo's California stores while using credit cards as payment in whole or part for their purchases, by recovering the civil penalty prescribed by California *Civil Code* section 1747.08 for each consumer who supplied Polo with such information since October 11, 2006.

Generally, California has enacted this consumer protection provision to safeguard the personal identifying information of customers who use credit cards to make certain credit card transactions such as in the purchase of goods and/or services. As explained by the California Court of Appeal in *Florez vs. Linens 'N Things* (2003) 108 Cal. App. 4th 447, at 450, the law was designed to promote consumer protection by imposing certain fair business practices on those who accept credit cards for the transaction of business. In creating this law, the California legislature stated that it had two principal privacy concerns in mind:

(1) With the increased use of computer technology, very specific personal information about consumer's spending habits was being made available to anyone willing to pay for it; and,

(2) Acts of harassment and violence were being committed by store clerks who obtained customers' phone numbers and addresses.

(Please see Senate Judiciary Committee Report on "Consumer Privacy Retail Transactions", 1995-1996 Regular Session; Enrolled Bill Report of the California Department of Consumer Affairs, Assembly Bill No. 1477 (1991-1992 Reg. Sess). Further, inasmuch as credit card issuers already have all such personal identifying information available to them in the credit cardholder's account, retailers simply have no need for such information.

As a result, California enacted *Civil Code* section 1747.08 which provides:

"(a) Except as provided in subdivision (c), no person, firm, partnership, association, or corporation that accepts credit cards for the transaction of business shall do any of the following:

"(1) Request, or require as a condition to accepting the credit card as payment in full or in part for goods or services, the cardholder to write any personal identification information upon the credit card transaction

form or otherwise.

"(2) Request, or require as a condition to accepting the credit card as payment in full or in part for goods or services, the cardholder to provide personal identification information, which the person, firm, partnership, association, or corporation accepting the credit card writes, causes to be written, or otherwise records upon the credit card transaction form or otherwise.

"(3) Utilize, in any credit card transaction, a credit card form which contains preprinted spaces specifically designated for filling in any personal identification information of the cardholder.

"(b) For purposes of this section "personal identification information," means information concerning the cardholder, other than information set forth on the credit card, and including, but not limited to, the cardholder's address and telephone number.

"(c) Subdivision (a) does not apply in the following instances:

"(1) If the credit card is being used as a deposit to secure payment in the event of default, loss, damage, or other similar occurrence.

"(2) Cash advance transactions.

"(3) If the person, firm, partnership, association, or corporation accepting the credit card is contractually obligated to provide personal identification information in order to complete the credit card transaction or is obligated to collect and record the personal identification information by federal law or regulation.

"(4) If personal identification information is required for a special purpose incidental but related to the individual credit card transaction, including, but not limited to, information relating to shipping, delivery, servicing, or installation of the purchased merchandise, or for special orders."

When a merchant violates those provisions in California by requesting and/or requiring customers to provide their personal identifying information (such as their telephone number and/or address), the law provides that they can be held liable for a civil penalty of up to $250.00 for the first violation and up to $1,000.00 for each subsequent violation.

The plaintiffs in these cases claim that Polo Ralph Lauren Corporation's Californai stores have violated the provisions of this law by requesting and/or requiring that its customers provide their addresses, email addresses, and telephone numbers in the course of and/or as part of the purchase of merchandise. In response, Polo has made three primary arguments:

(1) They have argued that they have not violated the subject statute;

(2) They have argued that if they have violated the statute and if they are liable for the prescribed civil penalty, they must pay only for those transactions which occurred within one year of filing the complaints; and,

(3) They have argued that the court cannot issue an injunction stopping their continued violation of the statute in response to such a request by a private plaintiff.

After extensive mediation sessions with a retired Federal judge, Polo Ralph Lauren Corporation agreed that it would change the manner in which it requested personal information from its customers so that it discontinued its practice of requesting its customers' personal identifying information in the context of credit card purchases. Further, the parties reached agreement on a settlement by which Polo agreed to issue $20.00 credit certificates to each person from whom it had gathered personal identifying information dating from October 11, 2006, through January 31, 2009, the date Polo changed the subject practice.

As a result of the settlement, anyone who purchased merchandise from one of Polo's California stores from October 11, 2006, through January 31, 2009, and from whom Polo gathered personal indentifying information in a transaction involving a credit card is entitled to a $20.00 credit certificate good for purchases at Polo. If Polo has a valid, current physical address, such a credit certificate will be mailed to you. If you do not receive such a certificate or if Polo does not have a current, valid address, you can still receive a $20.00 credit certificate, but you must complete and return a claim form, which must be postmarked not later than November 6, 2009. Information about that settlement and the rights of class members are provided in this website.

(The plaintiffs in *Shabaz vs. Polo, etc., et al.*, and in *Korn vs. Polo, etc., et al.*, originally brought suit seeking (1) an injunction to stop Polo Ralph Lauren Corporation from continuing to collect personal identifying information about consumers who purchsed merchandise from Polo's California stores using credit cards as payment in whole or part for their purchases, and (2) the payment of the prescribed civil penalty to each consumer whose privacy has been invaded since October 11, 2004, in the *Shabaz* case and since November 2, 2006, in the *Korn* case. The court in the *Sabaz* matter determined that the applicable statute of limitation was only one year and therefore ruled that the consumers for whom a remedy was sought must have made their purchase not earlier than October 11, 2006. The courts in both cases ruled that private plaintiffs are not entitled to obtain injunctive relief and that the sole remedy available to them is the civil penalty that was requested. In addition, the plaintiff in the *Korn* case also initially sought relief for those consumers who engaged in transactions by which they returned certain merchandise to Polo for a credit on their credit card accounts, but the court ruled that the statute does not apply to return transactions.)

The contents of this website are provided by the lawfirms of Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, which have cooperated in representing the plaintiff in this action and which have been appointed as class counsel for purposes of the proposed settlement. Inasmuch as the internet is a public forum, the subject lawfirms do not provide legal advice over the internet. The transmission of email, the forms provided on this site, and/or the review of the information contained on this site does not create an attorney-client relationship and you should not send information which you intend to be confidential by such means. Internet transmissions may not be secure and there is always a risk that such communications may be intercepted by and/or delivered to someone other than those for whom they are intended. Therefore, do not send any information over the Internet which you intend to remain confidential as such a communication may not be privileged.

The Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, and the attorneys employed by them are licensed to practice law only in the state of California. They cannot, and do not, give legal advice, or practice law, in any other state or jurisdiction. The information contained on this site is not intended to be, and should not be regarded as, legal advice. Should you require legal advice, you are urged to consult with a licensed attorney. All situations are different and require individual review, investigation, and analysis by competent legal counsel.

Copyright 2009 by the Law Office of Timothy L. Joens, A Professional Corporation.

All rights reserved.

ClassActionResolution.com

http://www.classactionresolution.com/whatisthecaseabout.html

11/16/2009

# ClassActionResolution.com

Class Action Settlements

Home

What is the case about?

Proposed settlement.

How do I get a recovery?

Case Documents

How to Make an Inquiry

## What are the terms of the proposed settlement and who is entitled to share in the recovery?

*Click here for a copy of the formal Notice of Settlement:*



*Click here to see a complete copy of the settlement agreement:*



*Click here to see a complete copy of the Court's order granting preliminary approval of the proposed settlement, etc.:*



The pertinent terms of the proposed settlement are as follows:

- The class of those participating in the proposed settlement (which the parties believe will be approximately 560,000 consumers) will be made up of those individuals who purchased merchandise from a California Polo store using a credit card and from whom Polo requested and recorded personal identifying information between October 11, 2006, and January 31, 2009.

- All class members for whom Polo has a valid physical address and/or who properly complete and return a claim form in a timely fashion will receive a $20.00 credit certificate good for a purchase

from any Polo California store for those class members residing in California and from any Polo store for those living outside California;

- The gift cards will expire six months after they become valid and useable and are not transferable;

- Any potential class member who chooses not to participate in the settlement must submit a request for exclusion;

- All class members who do not return a timely request for exclusion, will release any and all rights they might otherwise have based on those facts which were, or which could have been, alleged in this action, including those founded on any purported violation of *Civil Code* section 1747.08;

- Class counsel will apply for an award of attorney's fees and reimbursement of costs equal to not more than a total of $475,000.00 in the *Shabaz* case and not more than $475,000.00 in the *Korn* case (for a total of not more than $950,000.00); and,

- The class plaintiffs will each apply for an incentive payment of up to $7,500.00 (for a total of up to $15,000.00).

The contents of this website are provided by the lawfirms of Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, which have cooperated in representing the plaintiff in this action and which have been appointed as class counsel for purposes of the proposed settlement. Inasmuch as the internet is a public forum, the subject lawfirms do not provide legal advice over the internet. The transmission of email, the forms provided on this site, and/or the review of the information contained on this site does not create an attorney-client relationship and you should not send information which you intend to be confidential by such means. Internet transmissions may not be secure and there is always a risk that such communications may be intercepted by and/or delivered to someone other than those for whom they are intended. Therefore, do not send any information over the Internet which you intend to remain confidential as such a communication may not be privileged.

The Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, and the attorneys employed by them are licensed to practice law only in the state of California. They cannot, and do not, give legal advice, or practice law, in any other state or jurisdiction. The information contained on this site is not intended to be, and should not be regarded as, legal advice. Should you require legal advice, you are urged to consult with a licensed attorney. All situations are different and require individual review, investigation, and analysis by competent legal counsel.

Copyright 2009 by the Law Office of Timothy L. Joens, A Professional Corporation.

All rights reserved.

ClassActionResolution.com

http://www.classactionresolution.com/proposedsettlement.html

11/16/2009

# ClassActionResolution.com

Class Action Settlements

Home

What is the case about?

Proposed settlement.

How do I get a recovery?

Case Documents

How to Make an Inquiry

## How do I take part in the settlement?

Most class members will not have to do anything to take part in the propoed settlement. If Polo Ralph Lauren Corporation has a valid, current physical address for you, a $20.00 credit certificate will be mailed directly to you. That credit certificate will become valid and useable (subject to the terms and conditions contained thereon) upon the court entering an order approving this proposed settlement and that order becoming final.

If Polo Ralph Lauren Corporation does not have a valid and current physical address for you, you can still receive a $20.00 credit certificate, but

**YOU MUST COMPLETE A CLAIM FORM AND RETURN IT TO THE CLAIMS ADMINISTRATOR BY NOT LATER THAN NOVEMBER 16, 2009!**

*You can get a claim form one of two ways. You can either download one here by clicking on the PDF icon below, or you can go directly to the claims administrator's website at* www.shabazkornsettlement.com *to download one. Either way, you must complete the form and be certain that it is postmarked not later than November 16, 2009.*

## *Claim Form*

The contents of this website are provided by the lawfirms of Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, which have cooperated in representing the plaintiff in this action and which have been appointed as class counsel for purposes of the proposed settlement. Inasmuch as the internet is a public forum, the subject lawfirms do not provide legal advice over the internet. The transmission of email, the forms provided on this site, and/or the review of the information contained on this site does not create an attorney-client relationship and you should not send information which you intend to be confidential by such means. Internet transmissions may not be secure and there is always a risk that such communications may be intercepted by and/or delivered to someone other than those for whom they are intended. Therefore, do not send any information over the Internet which you intend to remain confidential as such a communication may not be privileged.

The Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, and the attorneys employed by them are licensed to practice law only in the state of California. They cannot, and do not, give legal advice, or practice law, in any other state or jurisdiction. The information contained on this site is not intended to be, and should not be regarded as, legal advice. Should you require legal advice, you are urged to consult with a licensed attorney. All situations are different and require individual review, investigation, and analysis by competent legal counsel.

Copyright 2009 by the Law Office of Timothy L. Joens, A Professional Corporation.

All rights reserved.

# ClassActionResolution.com

## Class Action Settlements

**Home**

**What is the case about?**

**Proposed settlement.**

**How do I get a recovery?**

**Case Documents**

**How to Make an Inquiry**

# Key Case Documents

Following are links to allow you to download copies of the key documents filed in this case. They include the complaints in both cases, the Motion for Preliminary Approval of the Proposed Class Settlement (including a complete copy of the proposed settlement agreement), and the Court's order preliminarily approving the settlement and setting dates for the submission of claim forms, the filing/service of objections, and the service of requests for exclusion from the settlement ("opt-outs").

Copy of Complaint in the *Shabaz* Action 

Copy of Complaint in the *Korn* Action 

Motion for Preliminary Approval of Class Action Settlement 

Court Order Granting Preliminary Approval of Proposed Class Settlement 

The contents of this website are provided by the lawfirms of Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, which have cooperated in representing the plaintiff in this action and which have been appointed as class counsel for purposes of the proposed settlement. Inasmuch as the internet is a public forum, the subject lawfirms do not provide legal advice over the internet. The transmission of email, the forms provided on this site, and/or the review of the information contained on this site does not create an attorney-client relationship and you should not send information which you intend to be

confidential by such means. Internet transmissions may not be secure and there is always a risk that such communications may be intercepted by and/or delivered to someone other than those for whom they are intended. Therefore, do not send any information over the Internet which you intend to remain confidential as such a communication may not be privileged.

The Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, and the attorneys employed by them are licensed to practice law only in the state of California. They cannot, and do not, give legal advice, or practice law, in any other state or jurisdiction. The information contained on this site is not intended to be, and should not be regarded as, legal advice. Should you require legal advice, you are urged to consult with a licensed attorney. All situations are different and require individual review, investigation, and analysis by competent legal counsel.

Copyright 2009 by the Law Office of Timothy L. Joens, A Professional Corporation.

All rights reserved.

# ClassActionResolution.com

Class Action Settlements

Home

What is the case about?

Proposed settlement.

How do I get a recovery?

Case Documents

How to Make an Inquiry

## Contact an attorney.

### Questions, comments or concerns?

If you have a question, concern, or comment, please complete and submit the following form. One of our attorneys will respond to you.

| | |
|---:|---|
| First Name | |
| Last Name | |
| Address Line 1 | |
| Address Line 2 | |
| City | |
| State | |
| Zip Code | |
| Daytime Phone ( | ) |
| Evening Phone ( | ) |
| E-mail Address | |
| Inquiry | |

[Send]

The contents of this website are provided by the lawfirms of Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, which have cooperated in representing the plaintiff in this action and which have been appointed as class counsel for purposes of the proposed settlement. Inasmuch as the internet is a public forum, the subject lawfirms do not provide legal advice over the internet. The transmission of email, the forms provided on this site, and/or the review of the information contained on this site does not create an attorney-client relationship and you should not send information which you intend to be

confidential by such means. Internet transmissions may not be secure and there is always a risk that such communications may be intercepted by and/or delivered to someone other than those for whom they are intended. Therefore, do not send any information over the Internet which you intend to remain confidential as such a communication may not be privileged.

The Law Office of Timothy L. Joens, Del Tondo & Thomas, and Kirk & Toberty, and the attorneys employed by them are licensed to practice law only in the state of California. They cannot, and do not, give legal advice, or practice law, in any other state or jurisdiction. The information contained on this site is not intended to be, and should not be regarded as, legal advice. Should you require legal advice, you are urged to consult with a licensed attorney. All situations are different and require individual review, investigation, and analysis by competent legal counsel.

Copyright 2009 by the Law Office of Timothy L. Joens, A Professional Corporation.

All rights reserved.

ClassActionResolution.com

11/16/2009

http://www.classactionresolution.com/howtomakeaninquiry.html