Gary Sibley
2414 North Akard Street
Suite 650
Dallas, Texas 75201
214-522-5222
Fax 214-855-7878
Email: g@juris.cc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID SHABAZ, individually; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLO RALPH LAUREN CORPORATION, a Delaware corporation dba DELAWARE POLO & RALPH LAUREN CORPORATION; and DOES 1 through 500 inclusive<br><br>Defendants. | Case No.:<br>SA CV 07-1349 AG (ANx)<br><br>**GARY SIBLEY'S MOTION TO ALTER OR AMEND JUDGMENT**<br><br>Date: Oral Argument Waived<br>Time: Oral Argument Waived<br>Honorable Andrew J. Guilford |

To The Honorable District Judge:

Now comes Gary Sibley ("Objector"), and files this Motion to Alter or Amend Judgment under FED. R. CIV. P. 59 (e) and would show as follows:

**Introduction**

Pursuant to the Court's request, Objector entered negotiations with the parties in an effort to reach an agreement on an improvement to the settlement in exchange for the withdrawal of the objections. Objector was under the impression that an agreement had been reached before Christmas; however, communications from Class Counsel unexplainably ceased and Objector's calls to Class Counsel have not been returned. In order to give the parties more time to finalize the agreement without an appeal, and in

order to correct problems with the Final Order and Judgment, Objector files this Motion to Alter or Amend the Judgment of December 7, 2009.

**The "Final Order and Judgment" is not final**

The Court's December 7, 2009 "Final Order and Judgment," Doc. 121, is not a final order. Multiple parties are involved in this case, and as a class member Objector made a claim objecting to the settlement.

> [W]hen multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, ***any order or other decision, however designated, that adjudicates fewer than all the claims*** or the rights and liabilities of fewer than all the parties ***does not end the action as to any of the claims or parties*** and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

FED. R. CIV. P. 54 (b). The "Final Order and Judgment" does not address or dispose of my objections to the settlement. In fact, the Order does not mention the objections at all, much less grant or deny the objections. Nor does the Order determine that there is no just reason for delay. Therefore, it does not end the action as to any of the claims or parties.

**Request for Relief**

Objector reasserts his objections and requests that the Court deny the proposed settlement, deny certification of the settlement class, deny the requested fees to Class Counsel for the reasons set out in Objector's previously filed objections. The "Final Order and Judgment" is based on errors of law as explained in the objections. If the Court overrules those objections, then Objector respectfully requests that the Court include that ruling in the Court's final order. Finally, in either event, Objector requests that the Court delay ruling on this Motion for 30 days to allow the parties to hopefully resolve their differences and present an agreed final judgment to the Court.

**Certificate of conference**

Although L.R. 7-3 does not appear to apply to Objector since he is not represented by counsel, Objector attempted to confer with Class Counsel. However, some Class Counsel failed to return an email of December 30 setting out the basis of this motion and agreement could not be reached with those that did respond. Thus, Objector presumes that Class Counsel opposes this Motion.

Respectfully submitted,

*[signature]*

Gary Sibley
2414 North Akard Street
Suite 650
Dallas, Texas 75201
214-522-5222
Fax 214-855-7878
Email: g@juris.cc

Dated: December 31, 2009.

3

**Certificate of Service**

I hereby certify that a copy of the above and foregoing document has been served upon the following by Fed Ex overnight delivery to the Court and by regular mail to all counsel on January 4, 2010:

Clerk of the Court
United States District Court
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Timothy Joens
Timothy Joens and Associates
2201 Dupont Drive Suite 820
Irvine, CA 92612

Gene Stonebarger
LINDSAY & STONEBARGER
620 Coolidge Drive, Suite 225
Folsom, CA 95630

John Callagy
Kelley Dryer & Warren LLP
101 Park Ave.
New York NY 10178

_____
Gary Sibley

4