UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1349-AG(ANx) | | Date | February 12, 2010 |
|---|---|---|---|---|
| Title | DAVID SHABAZ, ET AL v POLO RALPH LAUREN CORPORATION, ETC, ET AL | | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Denise Paddock | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Timothy Joens  Donna Wilson
Douglas Del Tondo

**Proceedings:**   HEARING RE: ACTIVATION OF SETTLEMENT CERTIFICATES AND OBJECTIONS

Cause is called for hearing and counsel make their appearances.  There is no appearance by objector Gary Sibley.  The Court orders the settlement certificates be activated by February 16, 2010.

:   10

Initials of Preparer   lmb